

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MISDEMEANOR**

BILL OF INFORMATION FOR
MISDEMEANOR VIOLATION OF THE LACEY ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO. 16-015 |
| v. | * | SECTION: "G" |
| ERIC COTTRELL | * | VIOLATION: 16 U.S.C. § 3373(d)(2) |

\* \* \*

The United States Attorney charges that:

### GENERAL ALLEGATIONS

1. **ERIC COTTRELL** was engaged in the business of purchasing, selling, and transporting wildlife. Some of the wildlife trafficked by **COTTRELL** had been, or was intended to be, exported and transported in interstate or foreign commerce.

2. The Lacey Act, 16 U.S.C. §§ 3371-3378, is a key legislative tool that United States authorities utilize to combat illegal wildlife trafficking. Among other things, the Lacey Act makes it unlawful for a person to knowingly "import, export, transport, sell, receive, acquire, or purchase any fish or wildlife or plant taken, possessed, transported, or sold in violation of any law, treaty, or regulation of the United States or in violation of any Indian tribal law." 16 U.S.C. § 3372(a).

3. The United States and China, together with approximately 176 other countries, are signatories to a multilateral treaty called the Convention on International Trade in Endangered Species of Wild Fauna and Flora, 27 U.S.T. 1087, T.I.A.S. 8249 (commonly referred to as "CITES" or the "Convention"). CITES provides a mechanism for regulating international trade in species whose continued survival is considered threatened by trade. By agreement of the parties, species are listed on "appendices," based on the level of protection necessary to protect the species. International trade in species listed on the appendices is monitored and regulated by permits and quotas. The permit restrictions apply to live and dead specimens, as well as skins, parts, and products made in whole or in part from a listed species.

4. Wildlife species in danger of extinction and which are, or may be, affected by trade (for example: tigers, pandas, elephants and all species of sea turtles) are listed on Appendix I of CITES. CITES allows very limited trade in Appendix I species for scientific and research purposes, and only if a valid "foreign export permit" issued by the specimen's country of origin (or a valid "foreign re-export certificate" issued by the country of re-export), as well as a valid "import permit" from the destination country, are obtained prior to shipping any such wildlife from one country to another. International trade in Appendix I species for "primarily commercial purposes" is prohibited.

5. Species listed on Appendix II of CITES may become threatened with extinction unless trade is strictly regulated. Appendix II species are those for which trade is subject to strict regulation and is only authorized in particularized circumstances. One such requirement is that the exporting country must issue a foreign export permit (or valid foreign re-export permit) after being advised that (a) "such export will not be detrimental to the survival of that species," (b) "the specimen was not obtained in contravention of the laws of [the exporting Country] for the

protection of fauna and flora;" and (c) "any living specimen will be so prepared and shipped as to minimize the risk of injury, damage to health or cruel treatment." CITES, Article IV.

6. Several species of turtles including, but not limited to, the North American Wood turtle (*Glyptemys Insculpta*) and Northern Diamondback Terrapin (*malaclemys terrapin*) have been listed on and protected by Appendix II of CITES.

7. CITES is implemented in the United States by the Endangered Species Act of 1973 (ESA), which directs the U.S. Fish and Wildlife Service (USFWS) to administer the treaty. 16 U.S.C. §§ 1537a, 1540(f). The ESA states that "[i]t is unlawful for any person . . . to engage in any trade in any specimens contrary to the provisions of [CITES], or to possess any specimens traded contrary to the provisions of [CITES]." 16 U.S.C. §§ 1538(c)(1), 1540(b)(1). The requirements of CITES are also implemented through federal regulations, which require a CITES import permit, export permit, or re-export certificate prior to the importation or exportation of any CITES protected wildlife. 50 CFR §§ 23.13, 23.20, 23.35, 23.36, 23.37.

8. In addition to the requirements of CITES and the ESA, federal law generally requires that persons exporting wildlife from, or importing wildlife to, the United States, complete and sign a Declaration for Importation or Exportation of Fish or Wildlife (Form 3-177) prior to the importation or exportation of any wildlife. 50 CFR §§ 14.61, 14.63. Among other information, the form must list the CITES permit number authorizing the exportation of any CITES-protected species. Additionally, all exported wildlife must be made available for inspection by USFWS officers at least 48 hours prior to export. 50 CFR §§ 14.52, 14.54(f). The clearance and inspection requirements imposed by these regulations include presentation of any applicable CITES permits. Finally, individuals and businesses that import or export wildlife for commercial

purposes must obtain a license from USFWS prior to importing or exporting wildlife. 50 CFR § 14.91.

## COUNT 1

Beginning on a date unknown, but no later than August 21, 2015 and continuing until on or about January 14, 2016, in the Eastern District of Louisiana, **ERIC COTTRELL** did knowingly cause the exportation of Northern Diamondback Terrapin (*malaclemys terrapin*) turtles in violation of or in a manner unlawful under the laws and regulations of the United States, specifically, Title 50, Code of Federal Regulations, Part 14.63, as the defendant should have known in the exercise of due care.

All in violation of Title 16, United States Code, Sections 3372(a) and 3373(d)(2).

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 16, United States Code, Section 3374, made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offenses alleged in Count 1, defendant, **ERIC COTTRELL**, shall forfeit to the United States pursuant to Title 16, United States Code, Section 3374(a)(1), made applicable through Title 28, United States Code, Section 2461(c), any and all fish or wildlife involved in the violations.

All in violation of Title 16, United States Code, Section 3374, made applicable through Title 28, United States Code, Section 2461(c).

                                          KENNETH ALLEN POLITE, JR.
                                          UNITED STATES ATTORNEY

                                          _____
                                          GREGORY M. KENNEDY
                                          Assistant United States Attorney
                                          Louisiana Bar Roll Number 20896

New Orleans, Louisiana
December 14, 2016

No. 16-015 "G"

# United States District Court

FOR THE

EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ERIC COTTRELL

SUPERSEDING BILL OF INFORMATION FOR MISDEMEANOR VIOLATION OF THE LACEY ACT

Violation(s): 16 U.S.C. § 3373(d)(2)

Filed _____, 20 16

_____, Clerk.

By _____, Deputy

GREGORY M. KENNEDY
*Assistant United States Attorney*