UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-015 |
| v. | * | SECTION: "G" |
| ERIC COTTRELL | * | |

\* \* \*

**FACTUAL BASIS**

If this case was to proceed to trial the Government would present credible testimony and reliable evidence to prove the following facts beyond a reasonable doubt:

Beginning on March 25, 2015, USFWS CPI-344, a confidential informant, cooperating with agents from the USFWS, began negotiating a deal with RAYMOND CHIU for the purchase of several unpermitted turtles. Some of the turtles offered for sale are listed as Appendix II with the Convention on International Trade in Endangered Species (CITES). This Appendix II status requires that any foreign trade of these turtles must be declared to USFWS along with supporting export licenses, export permits, and documents.

Over the course of several months, CHIU and CPI-344 negotiated and completed an illegal sale of CITES turtles. CHIU instructed CPI-344 on how to package and ship the turtles so as to avoid detection by law enforcement. CHIU received the turtles in China.

After that transaction was completed and immediately after confirming receipt of the turtles, CHIU contacted CPI-344, wanting more CITES turtles. After several emails and phone calls from CHIU, the CPI introduced USFWS undercover (UC) agent, UC-692, to CHIU via email on August 21, 2015.

Beginning on August 21, 2015, CHIU and UC-692 entered into negotiations for a new transaction with UC-692.

CHIU emailed UC-692 and then CHIU called on August 23, 2015. After a short introduction CHIU immediately asked for more CITES turtles, and asked what was available for export. A negotiation for another shipment began, and CHIU assured UC-692 that he understood the need to be careful with any deals and exports since UC-692 did not have the required CITES permits or licenses. CHIU instructed UC-692 to use only the first letter of the turtle name when discussing turtles in emails, for example, d=Diamondback Terrapins, b=Box turtles, and w=North American wood turtles in order to camouflage the CITES turtles being sold illegally.

UC-692 explained to CHIU that he (UC) did not currently have any large amount of CITES turtles to sell. The two men discussed augmenting the shipment with Louisiana captured Diamondback Terrapins (Malaclemys terrapin terrapin) (DBTs) from a different seller. According to CHIU the seller had recently contacted him offering several thousand DBTs for sale. The seller supposedly did not have the required CITES permits for his DBTs either.

Later that same day CHIU emailed UC-692 the contact information for the seller of the DBTs. CHIU said the seller was ERIC COTTRELL, phone number 318-617-6816, email address *gooboy1313@yahoo.com*.

On August 27, 2015, UC-692 contacted COTTRELL by his (COTTRELL's) phone number 318-617-6816. UC-692 gave a short introduction and explanation that COTTRELL's contact information was given to UC-692 by CHIU. UC-692 explained that he (UC) was currently conducting business with CHIU, and CHIU suggested that UC-692 contact COTTRELL to purchase some DBTs. COTTRELL stated the following:

- COTTRELL currently had 40 to 50 adult DBTs, but could get many more.

- COTTRELL stated that he tried to get an export permit, but was unsuccessful.

- CHIU had quoted him a price of $150.00 per turtle, and COTTRELL was selling all females.

2

- COTTRELL stated that he lived in Minden, Louisiana.

UC-692 explained to COTTRELL that he (UC) was exporting turtles from the United States for CHIU without the required permits. UC-692 explained to COTTRELL that it was fine if COTTRELL did not want to be a part of any deals, but he (UC) wanted to know up front, so there were no problems later.

COTTRELL did not hesitate and agreed that he wanted to keep any business transactions between himself and UC-692 and no one else. COTTRELL asked UC-692 where he was located, and stated that he (COTTRELL) wanted to travel to Mandeville, Louisiana from Minden, Louisiana to meet in person. COTTRELL stated that it would be a five (5) hour drive for him, and that he lived Northeast of Shreveport, Louisiana. COTTRELL explained that he (COTTRELL) had a death in the family, and needed to pick-up a few things.

COTTRELL explained that the DBTs he was selling did originate from the coastal areas of Louisiana, and not from Minden, Louisiana. COTTRELL outlined that he would travel South down Interstate 49 to Lafayette, Louisiana on Saturday, August 29th. His plan was to pick up some snakes in Lafayette then meet with UC-692 after that.

On August 28, 2015, UC-692 was contacted by COTTRELL. The two cancelled the meeting for Saturday, and negotiated the first sale of DBTs via the phone. The two men agreed upon the price of $150.00 per turtle contingent on CHIU accepting UC-692's price for the DBTs. UC-692 explained that he would sell the turtles to CHIU at a higher price since he (UC) was taking all the risk. COTTRELL agreed.

COTTRELL stated that he only possessed thirty (30) or forty (40) DBTs, and would have to go get more if needed. UC-692 explained that forty (40) would be about the right number since

3

he (UC) was hiding the turtles within another shipment, and too many turtles would be harder to hide.

COTTRELL explained that he (COTTRELL) was hoping to move more at one time, because temperatures were starting to cool off. COTTRELL stated that he did not have any of the turtles on hand, and would have to pick up the DBTs in South Louisiana.

COTTRELL stated that another reason he could not meet on Saturday was because he was awaiting a 1500 pound shipment of Common Snapping turtles. COTTRELL explained that he processed the turtles for meat.

UC-692 explained to COTTRELL that putting together the shipment for CHIU was somewhat complicated, because he (UC) was supplying turtles to CHIU from three different people. COTTRELL, UC-692, and another supplier who was supplying the cover turtles used to hide the unpermitted ones. COTTRELL offered to supply cover turtles if needed.

When asked how many DBTs could COTTRELL supply, COTTRELL stated that he could supply 40 the next day, but if he (COTTRELL) is given a few days he could supply a couple of hundred. COTTRELL asked if UC-692 was shipping once a week. UC-692 explained that he had shipped only one so far, but would be shipping more.

UC-692 was told by CHIU that COTTRELL communicated with CHIU via phone number and email about the DBTs COTTRELL was trying to sell, and COTTRELL's inability to acquire the proper CITES permits.

On September 16, 2015, the UC spoke with COTTRELL in preparation for the turtle exchange. COTTRELL agreed to email UC-692 photos of the DBTs being sold for export. COTTRELL confirmed that he had already emailed CHIU photos of the turtles, but would send UC-692 an email with photos as well.

On September 19, 2015, UC-692 received an email from COTTRELL via *gooboy1313@yahoo.com*. The email consisted of 2 photos, each depicting live, adult DBTs that were ready for transport to CHIU.

After negotiating a deal with CHIU, UC-692 contacted COTTRELL to arrange a meeting to complete the transaction for the forty (40) DBTs. COTTRELL contacted UC-692, and explained that he no longer possessed the forty (40) DBTs needed for the shipment. COTTRELL's partner in south Louisiana, who supplied the DBTs, sold all 40 of the DBTs in the United States pet market. COTTRELL assured UC-692 that he (COTTRELL) would travel to coastal Louisiana and capture another 40 DBTs by the shipping date.

Ultimately, COTTRELL only captured 20 DBTs. COTTRELL was apologetic for his inability to supply the complete order of 40 DBTs, and offered a reduced price of $2,000.00 for the 20 DBTs he provided, in exchange for future turtle sales. Communications from COTTRELL to UC-692 about COTTRELL's DBT collecting progress was completed via COTTRELL's telephone and email address *gooboy1313@yahoo.com*.

On October 13, 2015, UC-692 and COTTRELL met at the Wal-Mart parking lot in Covington, Louisiana to complete the sale and purchase 20 DBTs. COTTRELL was heading back to his home in Minden, Louisiana after spending seven (7) days trying to collect the 40 DBTs. The meeting was video and audio recorded by investigators. COTTRELL stated the following during the meeting:

- COTTRELL asked if UC-692 had notified CHIU about the unfilled order of DBTs. COTTRELL was concerned it might hurt future deals.

- COTTRELL detailed his relationship with the partner that sold the original 40 DBTs. He stated the partner was selling them one at a time over the internet.

5

- COTTRELL stated that the partner was involved in the fur business. COTTRELL took him in as a partner for his turtle transactions, because he (COTTRELL) needed a turtle supplier from South Louisiana.

- COTTRELL has been in the turtle business for 20 years.

- COTTRELL presented UC-692 the 20 DBTs and explained how to care for them until they are shipped. UC-692 paid COTTRELL $2,000.00 cash for the turtles.

| Date | Type | Payment type | Amount | Seller | Buyer |
|---|---|---|---|---|---|
| 10-13-15 | 20 DBTs | Cash | $2,000.00 | COTTRELL | UC-692 |

COTTRELL stated that he had been staying with friends in Lockport, Louisiana who helped him collect the current 20 DBTs in the Morgan City, Louisiana area. COTTRELL stated that the DBTs being supplied by him are being captured with the aid of a shrimp trawl. COTTRELL stated this after explaining that the only legal method of capture is by hand. COTTRELL also stated that some of the DBTs sold to UC-692 were below the legal size limit for the turtles to be taken.

After a short discussion about UC-692 and COTTRELL's experience in the turtle business, COTTRELL offered that no one knew where he was at that moment or that he (COTTRELL) was selling the DBTs to UC-692. COTTRELL reassured UC-692 that he (COTTRELL) could be trusted, and even offered cover turtles for future shipments. COTTRELL explained the size of his business, and how he could really make money if he could get the proper export permits for international sales, which he was unable to do.

COTTRELL was told by CHIU that UC-692 could be trusted. The two men discussed future shipments, and the possibility of COTTRELL supplying cover turtles for those shipments. UC-692 spoke in great detail about the smuggling conspiracy, and what CITES turtles were being sent and how many. COTTRELL offered once again to help by supplying DBTs and cover turtles.

COTTRELL stated that he would love to see one of the Wood turtles UC-692 was selling to CHIU. COTTRELL stated that he (COTTRELL) was offered $1,500.00 for Wood turtles if he could get them over to China.

COTTRELL assured UC-692 that he (COTTRELL) would produce the number of turtles he offered for sale next time, and would not let what happened on this shipment happen again.

On October 14, 2015, the turtles from COTTRELL along with other CITES turtles were documented and packaged in preparation for their transport to CHIU. On October 15, 2015, the turtles were exported from the United States through the Port of New Orleans to China. Of the 134 turtles sent, forty-six (46) were CITES turtles and required a special permit for export. Twenty (20) of the forty-six (46) CITES turtles were illegally captured Louisiana DBTs provided by COTTRELL.

On October 18, 2015, UC-692 received a detailed email from CHIU d/b/a Chen, confirming receipt of the turtles. The email itemized the shipment of turtles received, included photos, and asked for more turtles. On October 19, 2015, UC-692 received a second email requesting specific CITES turtles to smuggle. The email was digitally sign by "RAY". Later that same day, UC-692 spoke by phone with Ray CHIU. CHIU verbally confirmed receipt of the turtles, and UC-692 informed CHIU of the issue with ERIC COTTRELL not filling his portion of the order. While CHIU immediately wanted more CITES turtles, UC-692 postponed any new shipments until the Spring of 2016.

On October 21, 2015, UC-692 sent an email to COTTRELL, via the *gooboy1313* email address, confirming the successful export of the turtles. COTTRELL was told that the conspiracy would resume in the spring. COTTRELL responded "Good deal."

On January 14, 2016, CHIU and COTTRELL met with UC-692 in person to discuss the past illegal shipment of turtles as well as future shipments. Both were placed under arrest at that time.

If this case had gone to trial, the government would have proven the foregoing facts by testimony of law enforcement officials, competent witnesses, and production of other evidence. The government would also present additional evidence of guilt not contained above in the factual basis.

_____   \_\_12-15-16_____
GREGORY M. KENNEDY                           Date
Assistant United States Attorney

_____   \_\_12-15-16_____
SARAH R. GIGLIO, ESQ.                        Date
Attorney for Eric Cottrell

_____   \_\_12-15-16_____
ERIC COTTRELL                                Date
Defendant